# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4212
Lower Tribunal No. 2020-CA-007524-O

_____

ELS COTE and KENNETH COTE,

Appellants,

v.

WALT DISNEY WORLD PARKS AND RESORTS, U.S., INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellants.

Kimberly K. Berman, of Marshall Dennehey, P.C., Fort Lauderdale, and Bradley P. Blystone, of Marshall Dennehey, P.C., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED